# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:            In Bankruptcy:

LEE V VAN KLEEF            Case No. 08-46293-WSD
KELLY V VAN KLEEF           Chapter 7
                                        Hon. WALTER SHAPERO
             Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

       The attached check in the amount of $8.86 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| eCast Settlement Corporation<br>HSBC Bank Nevada<br>PO Box 35480<br>Newark, NJ 07193-5480 | 1 | $2.51 |
| American Express Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 3 | $4.02 |
| eCast Settlement Corporation<br>HSBC Bank Nevada<br>PO Box 35480<br>Newark, NJ 07193-5480 | 8 | $2.33 |

                                                           **Total: $8.86**

                                                      Respectfully Submitted,

                                                      /s/ Gene R. Kohut
                                                      21 Kercheval Avenue, Suite 285

Dated: 09/02/2009

Grosse Pointe Farms, MI 48236  
Phone: (313) 886-9765  
E-mail: ecftrustee@gktrustee.com  
[P47413]